UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                        CR 01-016 ML

RAUL LUCIANO

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion Requesting Credit for Time Served. The Motion is DENIED for the reasons set forth in the Government's memorandum in opposition (Docket #61).

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 31, 2014